UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

XAVIER JOHNSON,　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　) CV417-047
　　　　　　　　　　　　　　　　)
SHERIFF JOHN WILCHER,　　　　　)
　　　　　　　　　　　　　　　　)
　　　Defendant.　　　　　　　　 )

## ORDER

Plaintiff Xavier Johnson asks the Court to reconsider its recommendation his case be dismissed without prejudice for failure to comply with the April 20, 2017 deadline for returning the Consent Form and Prison Trust Account Statement required by this Court, pursuant to 28 U.S.C. § 1915(a)(2). Doc. 5. As he has since returned the required forms (docs. 6 & 7) and provided an explanation for his untimeliness (doc. 5 at 1-2), the Court **GRANTS** his motion to submit his forms and **VACATES** its Report and Recommendation advising dismissal (doc. 4). Johnson's complaint will be screened pursuant to 28 U.S.C. § 1915A in a separate order.

**SO ORDERED**, this  22nd  day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA