IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

XAVIER JOHNSON,

    Plaintiff,

v.

JOHN T. WILCHER and TERRY BOYLES,

    Defendants.

CASE NO. CV417-047

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 9), to which no objections[1] have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of June 2017.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] While not an objection, Plaintiff did file a Motion to Amend Complaint. (Doc. 10.) Ultimately, the Magistrate Judge denied Plaintiff's motion because the proposed amendment failed to cure the deficiencies outlined in the Report and Recommendation. (Doc. 11 at 2-3.) Even construing this motion as an objection, the Court would still agree with the Report and Recommendation.